PROB 12B
(Rev. 09/03)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION AND ORDER
FOR MODIFICATION OF
CONDITIONS OF
SUPERVISED RELEASE

U.S.A. vs. ALLEN LEE BRYSON, JR.

Docket No. CR 02-60020-01-HO

Petition on Probation and Supervised Release

FILED '10 JUL 12 12:52 USDC-ORE

    COMES NOW JEWELEY HIRSCH, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Allen Lee Bryson, Jr., who was placed on supervision by The Honorable Michael R. Hogan sitting in the court at Eugene, Oregon, on the 10th day of September, 2002, who fixed the period of supervision at 3 years,* and imposed the general terms and conditions theretofore adopted by the court.

*Term of supervised release scheduled to commence on July 21, 2010.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 21, 2010, Bryson commenced a pre-release placement at the Oregon Halfway House. On May 3, 2010, he was returned to the Bureau of Prisons custody for use of alcohol. Bryson has contacted this officer and requested a public law placement at a residential reentry center as he has no residential options upon release. Bryson has signed a Waiver of Hearing form which is attached.

    PRAYING THAT THE COURT WILL ORDER upon consideration of factors set forth in 18 USC § 3553(a), that the defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.

Respectfully,

Jeweley Hirsch
U.S. Probation Officer

Place: Portland, Oregon

Date: July 8, 2010

ORDER OF THE COURT

Considered and ordered this 12th day of July, 2010, and ordered filed and made a part of the records in the above case.

The Honorable Michael R. Hogan
U.S. District Judge

Page 1 of 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

### WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential reentry center manager and the U.S. Probation Officer.**

Witness: _____  Signed: _____
Case Manager                                Allen Lee Bryson, Jr.
                                            Probationer or Supervised Releasee

                                      Date: 7/6/2010

Waiver of Hearing - Modify Cond (Prob 49-OR) (10-19-05)