PROB 12B
(Rev. 09/03)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION AND ORDER
FOR MODIFICATION OF
CONDITIONS OF

FILED '10 AUG 26 16:04 USDC-ORE

U.S.A. vs. ALLEN LEE BRYSON, JR.

Docket No. CR 02-60020-01-HO

### Petition on Probation and Supervised Release

      COMES NOW JEWELEY HIRSCH, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Allen Lee Bryson, Jr., who was placed on supervision by The Honorable Michael R. Hogan sitting in the court at Eugene, Oregon, on the 10th day of September, 2002, who fixed the period of supervision at 3 years,* and imposed the general terms and conditions theretofore adopted by the court.

*Term of supervised release commenced on August 16, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has a history of substance abuse which has been an element of the offender's criminal history and instant offense. Drug testing is the most reliable method for monitoring the defendant's substance abuse.

The Ninth Circuit Court of Appeals' finding in *Stephens* limits the probation officer to three random substance abuse tests outside of a treatment program, pursuant to 18 USC § 3583(d). The defendant's history warrants continuing substance abuse monitoring.

The defendant has agreed to the proposed modification and waived the personal appearance before the Court.

      **PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that the defendant's conditions of supervised release be modified to include the following added special condition(s):

> The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

Respectfully,

_/s/ Jeweley Hirsch (for)_
Jeweley Hirsch
Senior U.S. Probation Officer

Date: August 23, 2010

**ORDER OF THE COURT**

Considered and ordered this 26th day of August, 2010, and ordered filed and made a part of the records in the above case.

_/s/ Michael R. Hogan_
The Honorable Michael R. Hogan
U.S. District Judge

Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

ERIC P. SUING
CHIEF U.S. PROBATION OFFICER

HEADQUARTERS
340 U.S. COURTHOUSE
1000 SW THIRD AVE.
PORTLAND, OR 97204
503/326-8600
FAX: 503/326-8700

20370 EMPIRE AVE., SUITE C-1
BEND, OR 97701
541/385-4937; FAX: 541/385-4937

214 FEDERAL COURTHOUSE
211 E. SEVENTH AVE.
EUGENE, OR 97401
541/465-6747; FAX: 541/465-6359

*PLEASE REPLY TO PORTLAND*

310 W. SIXTH, ROOM 323
MEDFORD, OR 97501
541/776-4235; FAX: 541/776-4218

530 CENTER ST, NE, ROOM 406
SALEM, OR 97301
503/399-5715; FAX: 541/399-5735

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**Defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.**

Witness: _[signature]_
U.S. Probation Officer

Signed: _[signature]_
Probationer or Supervised Releasee

Date: 8/17/10

Waiver of Hearing - Modify Cond (Prob 49-OR) (07-01-03)